SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL -7 2021
ARTHUR JOHNSTON
BY _____ DEPUTY

Hello,

To whom this may concern, I am writing in reference to an issue I noticed in my pre-sentencing report. During my interview with the probation officer I revealed that I have obtained my High School diploma and college credits through Meridian Community College; however, upon review of my pre-sentencing report, the probation officer stated she has not recieved documents proving that I have obtained my diploma nor college credits. Could you please tell me what needs to be done about getting the documents to the correct place, as my sentencing date is set for July 19, 2021. Thank you for your time and help.

Thank you,
Christian Bunyard

[signature] 7/2/2021