Dear Honorable Judge Isaac,

My name is Crystal Bunyard. I am writing you in concern with a situation concerning my son Christian Blake Bunyard 3;20CR141

He is currently in federal detention, Madison county. My concerns are as follow. My son has been incarcerated since November of 2020 and is currently being held without bond.

We previously hired attorney Kevin Kamp whom we paid a total amount of $ unfortunately Mr. Kamp has failed to even so much

as contact us, or return our calls. We have very sufficient evidence that would be very helpful regarding this case which he also failed to submit. So for all reasons above Christian fired him due to not doing his duties as our attorney. Christian had a court date June 2022 in which he requested a public defender in which we learned that first Mr. Kemp had to withdraw from the case before we could proceed with that. That court date was Sept. 2022. Status conference.

Mr. Kemp was supposed to withdraw and my son was supposed to be assigned a court

appointed lawyer. We have heard nothing. My son knows nothing. We know nothing. My son has been sitting in prison for nearley over two years with no commication with council. I feel that if and when the evidence we posses is shown that he could possibly be released and we can put this nightmare behind us. But we cant even get a call back or nothing.



My number is
[redacted]

I am writing you to make you aware of this situation because I don't know what else to do at this point. We need Mr. Kamp to withdraw and Christian needs council. That's his right.

Please don't let my son get lost in the system

Respectfully
Sincerely Crystal Bunyad